**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**BALZER PACIFIC EQUIPMENT CO.**                                                              **PLAINTIFF**

       **v.**          **Civil No. 06-4103**

**BPB GYPSUM, INC.**                                                                                   **DEFENDANT**

### O R D E R

    Now on this 23d day of July, 2007, comes on for consideration defendant's **Motion To Dismiss With Prejudice, Subject To Retention Of Jurisdiction To Enforce Terms Of Agreement, And To Extinguish Lis Pendens** (document #16), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

    **IT IS THEREFORE ORDERED** that this action is **dismissed with prejudice**, with each party to bear its own costs and attorney's fees.

    **IT IS FURTHER ORDERED** that the lis pendens filed by plaintiff against and upon property of the defendant is hereby extinguished and released.

    **IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the parties' Agreement To Dispose Of Certain Claims And To Mediate And Arbitrate Others, a copy of which is attached to the pending Motion, and will reopen the case in the event either party moves for such enforcement.

    **IT IS SO ORDERED.**

                                                        /s/ Jimm Larry Hendren
                                                     **JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**